IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNIE ROMERO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　No. 1:17-cv-00803 KG/JHR

STATE FARM FIRE & CASUALTY
INSURANCE COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. The parties are working to finalize the settlement and requests the Court to retain jurisdiction over this matter until fully resolved and dismissal paperwork may be filed.

                                     GUEBERT BRUCKNER GENTILE P.C.

                                     By  */s/ Elizabeth M. Piazza*
                                            Terry R. Guebert
                                            Elizabeth M. Piazza
                                            P.O. Box 93880
                                            Albuquerque, NM 87199 3880
                                            (505) 823-2300
                                            tguebert@guebertlaw.com
                                            epiazza@guebertlaw.com
                                            *Attorneys for Defendant*

This is to certify that on this 5th day of February, 2018, the foregoing Notice of Settlement was filed electronically through the CM/ECF system, which caused the following to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonathan L.R. Baeza
Martinez & Martinez Law Firm, PLLC
730 E. Yandell Dr.
El Paso, TX 79902
(915) 541-1000
jonathan@martinezlawyers.com
*Attorney for Plaintiff*

James M. McClenny
Derek L. Fadner
McClenny, Moseley & Associates, PLLC
411 N. Sam Houston Parkway E., Ste. 200
Houston, TX 77060
(713) 334-6121
james@mma-pllc.com
derek@mma-pllc.com
*Attorneys for Plaintiff*


*/s/ Elizabeth M. Piazza*
Terry R. Guebert
Elizabeth M. Piazza
*Attorneys for Defendant*

F:\Clients\0102.250bf\Pleadings\2018.02.05.Not.Settlement.docx/jty