IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNIE ROMERO,

      Plaintiff,

v.                                                                  No. 1:17-cv-00803 KG/JHR

STATE FARM FIRE & CASUALTY
INSURANCE COMPANY,

      Defendant.

## MOTION TO DISMISS

COME NOW the Parties, Plaintiff Bernie Romero, and Defendant State Farm Fire & Casualty Insurance Company, by and through their attorneys of record, and respectfully request that the Court dismiss with prejudice, the Complaint and all claims that were brought or that could have been brought in this case, with each party to bear his or her own costs and attorneys' fees, on the grounds that all matters in controversy have been fully settled and compromised.

WHEREFORE, the Parties pray that the Complaint and all claims brought or that could have been brought in this case, with each party to bear his or her own costs and attorneys' fees, be dismissed with prejudice, and for such other relief as the Court deems just and proper.

Respectfully submitted,

GUEBERT BRUCKNER GENTILE P.C.


By     */s/ Elizabeth M. Piazza*
      Terry R. Guebert
      Elizabeth M. Piazza
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      epiazza@guebertlaw.com
      *Attorneys for Defendant State Farm Fire*
      *and Casualty Company*


MCCLENNY, MOSELEY & ASSOCIATES, PLLC


By     *Approved via Email on March 19, 2018*
      James M. McClenny
      Derek L. Fadner
      411 N. Sam Houston Parkway E., Ste. 200
      Houston, TX 77060
      (713) 334-6121
      james@mma-pllc.com
      derek@mma-pllc.com
      *Attorneys for Plaintiff*

-and-

MARTINEZ & MARTINEZ LAW FIRM, PLLC
      Jonathan L.R. Baeza
      730 E. Yandell Dr.
      El Paso, TX 79902
      (915) 541-1000
      jonathan@martinezlawyers.com
      *Attorney for Plaintiff*

I HEREBY CERTIFY that on the 19th day of March, 2018, I filed the foregoing Motion to Dismiss electronically through CM/ECF system, which caused the following to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonathan L.R. Baeza
Martinez & Martinez Law Firm, PLLC
730 E. Yandell Dr.
El Paso, TX 79902
(915) 541-1000
jonathan@martinezlawyers.com
*Attorney for Plaintiff*

James M. McClenny
Derek L. Fadner
McClenny, Moseley & Associates, PLLC
411 N. Sam Houston Parkway E., Ste. 200
Houston, TX 77060
(713) 334-6121
james@mma-pllc.com
derek@mma-pllc.com
*Attorneys for Plaintiff*


*/s/ Elizabeth M. Piazza*
Terry R. Guebert
Elizabeth M. Piazza
*Attorneys for Defendant*

F:\Clients\0102.250bf\Pleadings\2018.03.13.Motion to Dismiss.docx/zca