IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNIE ROMERO,

    Plaintiff,

v.                                                 No. 1:17-cv-00803 KG/JHR

STATE FARM FIRE & CASUALTY
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the parties' Motion to Dismiss (Doc. 24), the Court having reviewed the pleadings and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint filed herein and all remaining claims that were or which could have been asserted in this matter are hereby dismissed, with prejudice, each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GUEBERT BRUCKNER GENTILE P.C.

By   */s/ Elizabeth M. Piazza*
       Terry R. Guebert
       Elizabeth M. Piazza
       P.O. Box 93880
       Albuquerque, NM 87199-3880
       (505) 823-2300
       tguebert@guebertlaw.com
       epiazza@guebertlaw.com
       *Attorneys for Defendant State Farm Fire*
       *and Casualty Company*

MCCLENNY, MOSELEY & ASSOCIATES, PLLC

By  *Approved via email on March 19, 2018*
       James M. McClenny
       Derek L. Fadner
       411 N. Sam Houston Parkway E., Ste. 200
       Houston, TX 77060
       (713) 334-6121
       james@mma-pllc.com
       derek@mma-pllc.com
       *Attorneys for Plaintiff*

-and-

Martinez & Martinez Law Firm, PLLC
Jonathan L.R. Baeza
730 E. Yandell Dr.
El Paso, TX 79902
(915) 541-1000
jonathan@martinezlawyers.com
*Attorney for Plaintiff*